# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 68 WAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 539 WDA |
| | : | 2022 entered on February 27, 2023, |
| DAVID FREDERICK, | : | **affirming and vacating** the |
| | : | Judgment of Sentence of the |
| Respondent | : | McKean County Court of Common |
| | : | Pleas at No. CP-42-CR-0000497- |
| | : | 2013 entered on April 11, 2022 |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of August, 2024, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to Superior Court for reconsideration in light of the Court's decision in *Commonwealth v. Torsilieri*, __ A.3d __, 2024 WL 2789201 (Pa. filed May 31, 2024).